UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| EVIE LINDAMOOD and DOUGLAS LINDAMOOD, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY; and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No.: 23-cv-00209-DMS-DEB <br><br> **ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO CONTINUE DATES [DKT. NO. 16] AND AMENDED SCHEDULING ORDER** |
|---|---|

Before the Court is the parties' Joint Motion to Continue Dates ("Joint Motion"). Dkt. No. 16. Good cause appearing, the Court **GRANTS** in part and **DENIES** in part the Joint Motion. The new Scheduling Order dates are as follows:

| Event | New Date/Deadline |
|---|---|
| Deadline to contact Judge Butcher's Chambers regarding Defendant's responses to Plaintiffs' Request for Production of Documents, Set One | October 10, 2023 |
| Mandatory Settlement Conference Briefs due | November 8, 2023 |
| In-person Mandatory Settlement Conference | November 15, 2023 at 2:00 P.M. |

1

| | |
|---|---|
| Fact Discovery Cutoff | December 1, 2023 |
| Initial Expert Witness Designations | December 1, 2023 |
| Supplemental Expert Witness Designations | December 15, 2023 |
| Initial Expert Disclosures | January 10, 2024 |
| Rebuttal Expert Disclosures | January 30, 2024 |
| Expert Discovery Cutoff | March 1, 2024 |
| Motion Filing Cutoff | April 12, 2024 |
| Deadline to file Memo of Contentions of Facts and Law | July 19, 2024 |
| Deadline to comply with Rule 26(a)(3) pretrial disclosure requirements | July 19, 2024 |
| Deadline for counsel to meet required by Local Rule 16.1(f)(4) | July 26, 2024 |
| Deadline for Plaintiffs' counsel to provide proposed pretrial order to Defendant's counsel | August 2, 2024 |
| Deadline to lodge proposed pretrial order | August 9, 2024 |
| Final Pretrial Conference | August 16, 2024 at 10:30 A.M. |
| Trial | September 9, 2024 at 9:00 A.M. |

All other guidelines, deadlines, and requirements remain as previously set. *See* Dkt. No. 11.

**IT IS SO ORDERED**.

Dated: September 15, 2023

_____
Honorable Daniel E. Butcher
United States Magistrate Judge